**Motion for Rehearing Granted, Memorandum Opinion filed November 25, 2014, Withdrawn, Appeal Reinstated, and Order filed March 12, 2015.**

In The

# Fourteenth Court of Appeals

### NO. 14-14-00738-CV
### DAVID CASH MOORE, Appellant

### V.

### SHARON D. ALLEN, ET AL, Appellees

**On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 73303I**

## ORDER

On November 25, 2014, this court issued an opinion dismissing this appeal. On December 8, 2014, appellant filed a motion for rehearing. A response was filed February 5, 2015. The motion is GRANTED.

This court's opinion filed November 25, 2014, is WITHDRAWN, and our judgment of that date is VACATED. The appeal is ordered REINSTATED.

PER CURIAM

Panel consists of Justices McCally, Brown and Wise.